

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of the Marriage of Amanda Nicole Fannin and Cavin Reed Fannin and In the Interest of E.M.F., a Minor Child

No. 06-16-00018-CV

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 15-D-0814-CCL).   Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted.  Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED MAY 24, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk